1028

No. 72–406. DOMINEY *v.* DOMINEY. Ct. Civ. App. Tex., 8th Sup. Jud. Dist. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. 

No. 72–416. SEWARD MOTOR FREIGHT, INC., ET AL. *v.* NEBRASKA STATE RAILWAY COMM'N ET AL. Sup. Ct. Neb. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. 

No. 72–418. HAMMOND *v.* UNITED PAPERMAKERS & PAPERWORKERS UNION, AFL–CIO, ET AL. C. A. 6th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. 

No. 72–431. CLARK ET AL. *v.* UNITED STATES. Ct. Cl. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. 

No. 72–5353. BROWNSTEIN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. 

No. 72–5362. HEREDEN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. 

No. 72–5363. GANT *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. 

No. 72–5399. TATUM *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–5409. GEDARRO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.